UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNY HWANG,

                Plaintiff,

    -against-                            **REPORT AND RECOMMENDATION**
                                                23 CV 2962 (FB) (CLP)

JOANNA CZECH DALLAS, LLC,

                Defendant.
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

       On April 20, 2023, plaintiff filed a complaint against defendant Joanna Czech Dallas, Inc., alleging violations of the Americans with Disabilities Act ("ADA"). (Compl.[1]). The summons was served on May 5, 2023, and defendant's answer was due May 26, 2023. (See ECF No. 5). After several extensions to the answer deadline and letters from the parties indicating that settlement discussions were in process (see ECF Nos. 6, 8, 11, 12), the parties filed a letter indicating that they had reached a settlement in principle. (ECF No. 13). In response, the Court Ordered that the parties were to file a stipulation of dismissal by November 3, 2023.

       As of November 8, 2023, no stipulation of dismissal or status report had been filed. After no response, the Court issued a scheduling order stating that if the parties did not file the stipulation of dismissal or status report by November 14, 2023, a status conference would be held on November 15, 2023. (Electronic Order, dated November 8, 2023). The call-in information was provided in the scheduling order. There was no appearance for either party at the status conference. (See Minute Entry, dated November 16, 2023).

       Plaintiff's counsel has repeatedly missed deadlines in this case, and now has failed to appear at a conference scheduled to address the issue. The Court respectfully recommends that

---

[1] Citations to "Compl." refer to the Complaint filed on April 20, 2023. (ECF No. 1).

1

the district court set a final deadline of November 20, 2023, for plaintiff to file the stipulation of dismissal and, if this deadline is not met, that the district court impose a monetary fine of $25 for each day of noncompliance.  Such an Order was previously issued in another case where plaintiff's counsel similarly failed to comply with court orders.  See Hwang v. Maurice Max, Inc., 23 CV 2941, Order dated September 20, 2023.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  See, e.g., Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

Dated: Brooklyn, New York
       November 16, 2023

*Cheryl L. Pollak*
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York